UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DR. KHAIRY AREF,<br><br>        Plaintiff,<br><br>   v.<br><br>RODERICK Q. HICKMAN, et al.,<br><br>        Defendants. | No. ED CV 06-00023-VAP (VBK)<br><br>ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE; AND (2) GRANTING DEFENDANTS' MOTION TO DISMISS; MOTION FOR MORE DEFINITE STATEMENT; AND (3) GRANTING PLAINTIFF LEAVE TO FILE A SECOND AMENDED COMPLAINT |

Pursuant to 28 U.S.C. §636, the Court has reviewed the "Corrected First Amended Complaint for Declaratory, Preliminary and Permanent Injunctive Relief for Damages for Violation of Civil Rights," Defendants' "Notice of Motion and Motion to Dismiss; Motion for More Definite Statement [Fed.R.Civ.P. R. 12(b)(4), (5), (6) and 12(e)," and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a _de novo_ determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that an Order be entered (1) approving and adopting the Report and Recommendation; (2) granting Defendants' Motion to Dismiss; Motion for a More Definitive Statement With Leave

to Amend; and (3) ordering Plaintiff to file a Second Amended Complaint curing the defects outlined in the Report and Recommendation within 30 days of the date of this Order.

DATED: January 20, 2009

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE