**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DR. KHAIRY AREF, | ) | Case No. EDCV 06-23-VAP(VBKx) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| RODERICK Q. HICKMAN, et al. Defendants. | ) ) ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: August 7, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge