UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. KHAIRY AREF,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RODERICK Q. HICKMAN, et al.,<br><br>　　　　Defendants. | Case No. EDCV 06-00023-VAP(SGLx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: May 2, 2012

　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　United States District Judge